

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Meka Lovell Spencer, Appellant

No. 06-20-00057-CR     v.

The State of Texas

Appeal from the 369th District Court of Cherokee County, Texas (Tr. Ct. No. 20067). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the judgment adjudicating guilt by deleting the court-appointed attorney fees, by changing the assessed court costs to $711.00, and by changing the plea in the section entitled "Plea to Motion to Adjudicate" from "NOT TRUE" to "TRUE." We modify the order to withdraw funds to reflect costs in the amount of $711.00. We modify the bill of costs by changing the cost for "Criminal Clerk" to $40.00, by deleting the entry for "Criminal Sheriff's Service Fee," by changing the cost for "ELECTRONIC FILING FEE (CRIMINAL)" to $5.00, by deleting the entry for "Judicial & Court Personnel Training," and by changing the "TOTAL COSTS OF CAUSE" to $711.00. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Meka Lovell Spencer, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 17, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk